# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 26, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

133454

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

THOMAS CONRAD LOGAN,
     Defendant-Appellant.

SC: 133454
COA: 264333
Muskegon CC: 05-051323-FH

_____/

     On order of the Court, the application for leave to appeal the February 20, 2007 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 26, 2007

d0618

_____
Clerk